Stephen A. Hutchinson, OSB No. 67053
shutchinson@eugene-law.com
Hutchinson, Cox, Coons,
DuPriest, Orr & Sherlock, PC
777 High Street, Ste 200
Eugene, OR 97401
(541) 686- 9160

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAVE PEREZ,<br><br>    Defendant. | Civil Action No. 05-CV-931-ST<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM** |

## RESPONSE TO PLAINTIFF'S MOTION

Plaintiff's Motion seeking to have Defendant's counterclaim for attorney fees dismissed should be denied.

/ / / /

**Defendant's Response to Plaintiff's Motion to Dismiss Counterclaim - 1**

This response is based upon Defendant's memorandum which is separately filed.

                    Respectfully submitted,

                    s/ Stephen A. Hutchinson
                    Stephen A. Hutchinson, OSB No. 67053
                    Hutchinson, Cox, Coons,
                    DuPriest, Orr & Sherlock, PC
                    777 High Street, Ste 200
                    Eugene, OR 97401
                    (541) 686- 9160

                    Attorneys for Defendant

**Defendant's Response to Plaintiff's Motion to Dismiss Counterclaim - 2**